UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT McKINNEY,<br><br>            Plaintiff,<br><br>      vs.<br><br>SINGH, et al.,<br><br>            Defendants. | 1:14-cv-00938-AWI-GSA-PC<br><br>ORDER DIRECTING CLERK TO SERVE FINDINGS AND RECOMMENDATIONS ON ROBIN L. CHACON<br>(Doc. 23.) |

On June 11, 2015, the court entered findings and recommendations, recommending that Robin L. Chacon's motion for substitution be denied.  (Doc. 23.)  The court inadvertently failed to serve Robin L. Chacon with the findings and recommendations.  Therefore, at this time the Clerk shall be directed to serve Robin L. Chacon with the findings and recommendations.

Accordingly, the Clerk of Court IS HEREBY DIRECTED to serve Robin L. Chacon with the court's findings and recommendations entered on June 11, 2015, at the following address:

**Robin L. Chacon**
**1010 S. Crenshaw Ct.**
**Visalia, CA  93277**

IT IS SO ORDERED.

   Dated:   **June 18, 2015**                    **/s/ Gary S. Austin**
                                                                  UNITED STATES MAGISTRATE JUDGE